# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 12-01854-JPC |
| | § | |
| THOMAS J SOEHLKE | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 13 of the United States Bankruptcy Code was filed on 01/19/2012. The case was converted to one under Chapter 7 on 04/06/2012. The undersigned trustee was appointed on 01/19/2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $5,100.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $5,100.00 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>09/11/2012</u> and the deadline for filing government claims was <u>09/11/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,348.50</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,255.76</u>, for a total compensation of <u>$1,255.76</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>05/22/2013</u>          By:   <u>/s/ Gus A. Paloian</u>
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 12-01854-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SOEHLKE, THOMAS J | Date Filed (f) or Converted (c): | 04/06/2012 (c) |
| For the Period Ending: | 5/22/2013 | §341(a) Meeting Date: | 05/11/2012 |
| | | Claims Bar Date: | 09/11/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 740 N. Stone Avenue, La Grange, IL 60526 Foreclosure Process Commenced | $439,500.00 | $0.00 | | $0.00 | FA |
| 2 | Cash: $200.00 | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Savings Account | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous Household Items | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Life Insurance - Prudential - Beneficiary Gene Carrara | $400,000.00 | $400,000.00 | | $0.00 | FA |
| 7 | 401(k) | $37,449.67 | $0.00 | | $0.00 | FA |
| 8 | Liquidation of other personal property (u)- 2007 Audi - A4 - 40,500 miles | $11,000.00 | $5,100.00 | | $5,100.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

| | $889,199.67 | $405,100.00 | | $5,100.00 | $0.00 |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-01854-JPC | | Trustee Name: | Gus A. Paloian |
| Case Name: | SOEHLKE, THOMAS J | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******8953 | | Checking Acct #: | ******0204 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/19/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2012 | (8) | THOMAS J. SOEHLKE | PROCEEDS FROM SALE OF VEHICLE(AUDI A4) | 1229-000 | $5,100.00 | | $5,100.00 |
| | | | TOTALS: | | $5,100.00 | $0.00 | $5,100.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,100.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,100.00 | $0.00 | |

| For the period of 1/19/2012 to 5/22/2013 | | For the entire history of the account between 10/22/2012 to 5/22/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,100.00 | Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 | Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 12-01854-JPC | |
| Case Name: | SOEHLKE, THOMAS J | |
| Primary Taxpayer ID #: | ******8953 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/19/2012 | |
| For Period Ending: | 5/22/2013 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0204 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $5,100.00 | $0.00 | $5,100.00 |

**For the period of 1/19/2012 to 5/22/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/06/2012 to 5/22/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 1          Exhibit C

| Case No.: | 12-01854-JPC | | Trustee Name: | Gus A. Paloian |
| Case Name: | SOEHLKE, THOMAS J | | Date: | 5/22/2013 |
| Claims Bar Date: | 09/11/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEE | GUS A. PALOIAN, TEE | 04/12/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,348.50 | $1,260.00 | $0.00 | $0.00 | $0.00 | $1,260.00 |
| EXP | SEYFARTH SHAW LLP | 04/12/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $51.71 | $51.71 | $0.00 | $0.00 | $0.00 | $51.71 |
| ATTY | SEYFARTH SHAW LLP | 04/12/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $3,805.50 | $3,805.50 | $0.00 | $0.00 | $0.00 | $3,805.50 |
| 11 | ELIZABETH SOEHLKE<br><br>Alonzo H Zahour<br>235 Remington Blvd Suite G1<br>Bolingbrook IL 60440 | 08/22/2012 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $24,128.28 | $24,128.28 | $0.00 | $0.00 | $0.00 | $24,128.28 |

**Claim Notes:**     (11-1) Domestic Support Obligation

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NICOR GAS<br><br>Po box 549<br>Aurora Il 60507 | 02/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $162.87 | $162.87 | $0.00 | $0.00 | $0.00 | $162.87 |
| 2 | CITY OF CHICAGO DEPARTMENT OF REVENUE<br>c/o Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago IL 60654 | 02/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $61.00 | $61.00 | $0.00 | $0.00 | $0.00 | $61.00 |
| 3 | EQUABLE ASCENT FINANCIAL, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 331311605 | 03/19/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,963.47 | $10,963.47 | $0.00 | $0.00 | $0.00 | $10,963.47 |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 03/27/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $25,243.53 | $25,243.53 | $0.00 | $0.00 | $0.00 | $25,243.53 |

**Claim Notes:**     (4-1) CREDIT CARD DEBT

CLAIM ANALYSIS REPORT                                    Page No:  2        Exhibit C

| Case No. | 12-01854-JPC | | Trustee Name: | Gus A. Paloian |
| Case Name: | SOEHLKE, THOMAS J | | Date: | 5/22/2013 |
| Claims Bar Date: | 09/11/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ECAST SETTLEMENT CORPORATION, ASSIGNEE of Chase Bank USA, N.A. POB 29262 New York NY 100879262 | 04/12/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,241.41 | $6,241.41 | $0.00 | $0.00 | $0.00 | $6,241.41 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIGNEE of Chase Bank USA, N.A. POB 29262 New York NY 100879262 | 04/12/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,806.15 | $29,806.15 | $0.00 | $0.00 | $0.00 | $29,806.15 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 7 | DELL FINANCIAL SERVICES, LLC Resurgent Capital Services PO Box 10390 Greenville SC 296030390 | 06/25/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,441.92 | $3,441.92 | $0.00 | $0.00 | $0.00 | $3,441.92 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC (GE Money Bank)(JC Penney) POB 41067 Norfolk VA 23541 | 08/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,763.81 | $8,763.81 | $0.00 | $0.00 | $0.00 | $8,763.81 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC c/o Bank of America PO Box 41067 Norfolk VA 23541 | 08/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,850.06 | $16,850.06 | $0.00 | $0.00 | $0.00 | $16,850.06 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC c/o Hsbc Bank Nevada PO Box 41067 Norfolk VA 23541 | 08/16/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,743.11 | $2,743.11 | $0.00 | $0.00 | $0.00 | $2,743.11 |
| | | | | | | $133,611.32 | $133,522.82 | $0.00 | $0.00 | $0.00 | $133,522.82 |

CLAIM ANALYSIS REPORT

Page No:  3

Exhibit C

| | |
|---|---|
| **Case No.** | 12-01854-JPC |
| **Case Name:** | SOEHLKE, THOMAS J |
| **Claims Bar Date:** | 09/11/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 5/22/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $51.71 | $51.71 | $0.00 | $0.00 | $0.00 | $51.71 |
| Attorney for Trustee Fees (Trustee Firm) | $3,805.50 | $3,805.50 | $0.00 | $0.00 | $0.00 | $3,805.50 |
| General Unsecured 726(a)(2) | $104,277.33 | $104,277.33 | $0.00 | $0.00 | $0.00 | $104,277.33 |
| priority 507(a)(8) other | $24,128.28 | $24,128.28 | $0.00 | $0.00 | $0.00 | $24,128.28 |
| Trustee Compensation | $1,348.50 | $1,260.00 | $0.00 | $0.00 | $0.00 | $1,260.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     12-01854-JPC
Case Name:    THOMAS J SOEHLKE
Trustee Name: Gus A. Paloian

Balance on hand:  _____ $5,100.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  _____ $0.00
Remaining balance:  _____ $5,100.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TEE, Trustee Fees | $1,260.00 | $0.00 | $1,255.76 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $3,805.50 | $0.00 | $3,792.70 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $51.71 | $0.00 | $51.54 |

Total to be paid for chapter 7 administrative expenses:  _____ $5,100.00
Remaining balance:  _____ $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  _____ $0.00
Remaining balance:  _____ $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,128.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  |  |  |  |

| 11 | Elizabeth Soehlke | $24,128.28 | $0.00 | $0.00 |

Total to be paid to priority claims:     $0.00
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $104,277.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nicor Gas | $162.87 | $0.00 | $0.00 |
| 2 | City of Chicago Department of Revenue | $61.00 | $0.00 | $0.00 |
| 3 | Equable Ascent Financial, LLC | $10,963.47 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank | $25,243.53 | $0.00 | $0.00 |
| 5 | eCAST Settlement Corporation, assignee | $6,241.41 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee | $29,806.15 | $0.00 | $0.00 |
| 7 | Dell Financial Services, LLC | $3,441.92 | $0.00 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | $8,763.81 | $0.00 | $0.00 |
| 9 | Portfolio Recovery Associates, LLC | $16,850.06 | $0.00 | $0.00 |
| 10 | Portfolio Recovery Associates, LLC | $2,743.11 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**