**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-01854 |
| | ) | Chapter 7 |
| THOMAS J. SOEHLKE | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | Hearing Date: July 18, 2013 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR FIRST AND FINAL APPLICATION FOR
COMPENSATION AND EXPENSE REIMBURSEMENT OF SEYFARTH SHAW LLP
AS COUNSEL TO CHAPTER 7 TRUSTEE, GUS A. PALOIAN**

Name of Applicant:                          Seyfarth Shaw LLP

Authorized to Provide
Professional Services to:                   Chapter 7 Trustee, Gus A. Paloian

Date of Retention:                          July 26, 2012

Period for which Compensation               July 26, 2012 through the close of the case
and Reimbursement is Sought:

Amount of Final Compensation
Sought:                                     $3,805.50

Amount of Final Expense
Reimbursement Sought:                       $   51.71

This is a:   _X_  Final   ____ Interim Application.

Prior Applications:  None

Dated: June 13, 2013                        Respectfully submitted,

                                            GUS A. PALOIAN, not individually or
                                            personally, but solely in his capacity as the
                                            Chapter 7 Trustee of the Debtor's Estate,

                                            By:/s/ Gus A. Paloian
                                               Gus A. Paloian (06188186)
                                               James B. Sowka (6291998)
                                               SEYFARTH SHAW LLP
                                               131 South Dearborn Street
                                               Suite 2400
                                               Chicago, Illinois 60603
                                               Telephone:  (312) 460-5000
                                               Facsimile:  (312) 460-7000

15203539v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 12-01854 |
| ) | Chapter 7 |
| THOMAS J. SOEHLKE ) | |
| ) | Hon. Jacqueline P. Cox |
| Debtor. ) | |
| ) | Hearing Date: July 18, 2013 |
| ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE
REIMBURSEMENT OF SEYFARTH SHAW LLP AS COUNSEL
TO CHAPTER 7 TRUSTEE GUS A. PALOIAN
FROM JULY 26, 2012 THROUGH THE CLOSE OF THE CASE**

Pursuant to Sections 105(a) and 330 of the United States Bankruptcy Code, Seyfarth Shaw LLP ("Seyfarth"), as counsel to Gus A. Paloian, not individually or personally, but solely in his capacity as the duly-appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), hereby submits its First and Final Application for Compensation and Expense Reimbursement (the "Application") for legal services performed, and expenses incurred, during the period of July 26, 2012, through the close of the case (the "Application Period"). In support of this Application, Seyfarth respectfully represents, as follows:

**I. INTRODUCTION**

1. Seyfarth makes this Application pursuant to: (A) Sections 330, 503(a) and (b), and 507(a)(2) of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"); (B) Rule 2016 of the Federal Rules (the "Rules") of Bankruptcy Procedure; (C) certain applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, as adopted by the Office of the United States Trustee; (D) Rule 5082-1 of the Local Bankruptcy Rules (the "Local Rules") for the United States Bankruptcy Court for the Northern District of Illinois (the "Court"); (E) that certain Order of the Court,

15203539v.1

dated December 10, 2009, authorizing Seyfarth's retention as counsel to the Trustee effective as of July 26, 2012 (the "Seyfarth Retention Order"); and (F) other applicable case law discussed herein (collectively, the "Authorities for Relief"). In this regard, Seyfarth has made every reasonable effort to comply with the Authorities for Relief.

2. In making this Application, Seyfarth respectfully seeks an Order of this Court awarding and authorizing payment from the Estate of final allowance of compensation in the amount of $3,805.50 (the "Fees") for professional services rendered by Seyfarth on behalf of the Trustee during the Application Period and for reimbursement of expenses in the amount of $51.71 (the "Expenses") for actual and necessary expenses incurred by Seyfarth in the performance of those services.

## II. JURISDICTION

3. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A), (M), and/or (O). The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 330, and 331.

## III. BACKGROUND

### A. Case Background

4. On April 6, 2012 (the "Conversion Date"), the Debtor converted his Chapter 13 Bankruptcy for relief under Chapter 7 of the Bankruptcy Code thereby initiating this case (the "Case").

5. Shortly thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee for the Estate.

6. Seyfarth was employed as attorneys for the Trustee pursuant to the Seyfarth Retention Order. A copy of the Seyfarth Retention Order is attached hereto as **Exhibit 1.**

2

7. The Trustee directed Seyfarth to prepare a motion requesting Court to allow the sale of certain property.

### B. Summary of Services Rendered by Seyfarth to the Trustee

8. This is Seyfarth's First and Final Application for compensation and expense reimbursement in the Case.

9. Seyfarth has neither previously received nor been awarded any compensation of fees, or reimbursement of expenses incurred, related to the Case during the Application Period.

10. In accordance with Section 504 of the Bankruptcy Code, Rule 2016, and the U.S. Trustee Guidelines, no payments have heretofore been made, promised to, or applied by Seyfarth for services rendered or to be rendered or expenses incurred in any capacity whatsoever in connection with the Case. Moreover, no agreement or understanding exists between Seyfarth and any other entity for a division of compensation or expense reimbursement to be received herein or in connection with the Case, other than as permitted under the Bankruptcy Code and Rules.

11. The Fees requested by Seyfarth for legal services rendered to the Trustee during the Application Period aggregate $3,805.50.

12. All of the Fees for which Seyfarth requests final allowance and payment of compensation relate to the Application Period and were rendered in connection with the Case and in the discharge of Seyfarth's professional responsibilities as counsel to the Trustee. During the Application Period, Seyfarth has rendered 13.40 hours of professional services.

13. A breakdown of the Fees by each Seyfarth professional; each such professional's title, hourly rate, and total hours expended in providing legal services; and the value attributable to such legal services is, as follows:

15203539v.1

| PROFESSIONAL | TITLE | 2012 HOURLY RATES | 2013 HOURLY RATES | TOTAL HOURS | VALUE |
|---|---|---|---|---|---|
| Chris J. Harney | Associate | $315.00 | N/A | 4.70 | $1,480.50 |
| Andrew Connor | Paralegal | $265.00 | N/A | 4.80 | $1,272.00 |
| Jennifer M. McManus | Paralegal | N/A | $270.00 | 3.90 | $1,053.00 |
| **TOTAL:** | | | | **13.40** | **$3,805.50** |

The above-table indicates the respective discounted hourly rates of Seyfarth professionals during the Application Period as adjusted from time to time by Seyfarth pursuant to its normal and customary billing practices.

14.     A biography for the attorney listed above describing his qualifications and areas of expertise, is attached hereto as **Exhibit 2,** which is incorporated herein by reference.

15.     Seyfarth made every reasonable effort to have the services that it rendered to the Trustee performed by those qualified professionals charging the lowest hourly rates consistent with the level of service, experience, and efficiency required of a given task.

16.     The services rendered by Seyfarth on behalf of the Trustee have been in connection with the liquidation of an Audi A4 (the "Property") which realized gross proceeds of $5,100.00 for the benefit of the Estate and include, but are not limited to, preparing and presenting the Trustee's motion to sell the Property. In connection with the foregoing, Seyfarth has expended 13.40 hours of services for which it requests compensation in the amount of $3,805.50.

17.     All of the Fees for which Seyfarth requests allowance and payment of compensation relate to the Application Period. Detailed statements of the services performed during the Application Period are attached hereto as **Exhibit 3**.

4

15203539v.1

18. Seyfarth respectfully submits that its services to the Trustee during the Application Period have, in all respects, been reasonable, necessary, and beneficial to the Estate, as further discussed herein.

19. "Section 330(a) [ ] expressly contemplates compensation for preparation of fee applications." Smith v. Edwards & Hale, Ltd. (In re Smith), 317 F.3d 918, 927 (9th Cir. 2002), cert. denied sub nom. Smith v. Grimmett, 538 U.S. 1032, 123 S. Ct. 204, 155 L. Ed. 2d 1060 (2003); see 11 U.S.C. § 330(a)(6).

### C. Reasonableness of Compensation Requested

20. In accordance with 11 U.S.C. § 330(a)(1), Seyfarth seeks reasonable compensation for actual and necessary services provided to the Trustee. Such compensation is fair based upon the time, nature, extent and value of such services and the hours expended and the expertise provided. Seyfarth's efforts have resulted in tangible and substantial benefit to the Estate, as discussed *supra*.

21. Seyfarth has kept its time in tenths of an hour, or six minute increments, to most accurately reflect the specific tasks performed.

22. Seyfarth has, to the best of its ability, kept to a minimum the amount of time spent by its attorneys engaging in intra-office conferences and double-staffing hearings.

23. Under the circumstances, the compensation requested by Seyfarth is fair and reasonable, and its allowance and payment, in full, is justified.

### D. Expenses Incurred by Seyfarth on behalf of Trustee

24. Seyfarth has incurred actual and necessary expenses in the amount of $51.71 in the performance of the services rendered to the Trustee in the Case. The expenses relate to photocopying of pleadings filed with the Court and courier services. A detailed listing of the expenses incurred is attached hereto as **Exhibit 4**.

5

## IV. STATEMENT OF APPLICANT PURSUANT TO 11 U.S.C. § 504 AND FED R. BANKR. P. 2016

25. Other than as provided in 11 U.S.C. § 504(b), Seyfarth has not shared or agreed to share any compensation or expense reimbursement as a result of the Case with any person, firm or entity. No agreement or understanding exists between Seyfarth and any other person, firm or entity concerning the sharing of compensation or expense reimbursement received, or to be received, on account of the Case.

## V. RELIEF REQUESTED

WHEREFORE Seyfarth respectfully requests that the Court enter an Order:

A. Allowing Seyfarth final compensation in the total amount of $3,805.50;

B. Allowing Seyfarth reimbursement of expenses in the amount of $51.71; and

C. Granting such other and further relief as this Court deems proper.

Dated: June 13, 2013

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By:/s/ Gus A. Paloian
   Gus A. Paloian (06188186)
   James B. Sowka (6291998)
   SEYFARTH SHAW LLP
   131 South Dearborn Street, Suite 2400
   Chicago, Illinois 60603
   Telephone: (312) 460-5000
   Facsimile: (312) 460-7000

15203539v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )           BK No.: 12-01854
THOMAS J. SOEHLKE, )
)           Chapter: 7
)           Honorable Jacqueline Cox
)
)
Debtor(s) )

### ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN AND EMPLOY SEYFARTH SHAW LLP AS HIS COUNSEL

This matter came before the Court on the Chapter 7 Trustee's Application To Employ Seyfarth Shaw LLP as Counsel ("Application"), filed on July 6, 2012, by Gus A. Paloian, not individually, but solely as chapter 7 trustee of the bankruptcy estate of Thomas J. Soehlke ("Trustee"). The Application requests this Court's approval of the Trustee's proposed employment of Seyfarth Shaw LLP ("Seyfarth") on an hourly fee basis, in accordance with the terms and conditions set forth in the Application, to provide legal services as general counsel to the Trustee ("Services").

Having considered the Application and the Harney Declaration attached to the Application as Exhibit A, this Court finds and concludes that: (i) this Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this District under 28 U.S.C. § 1409(a); (iii) this proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2); and (iv) due and proper notice of the Application has been given and no other or further notice is required. In light of the foregoing,

IT IS ORDERED THAT:

1. The Application is GRANTED.

2. The notice of the Application as given is deemed sufficient and proper.

3. The Trustee's proposed employment of Seyfarth to provide the Services on the terms and conditions set forth in the Application is approved under 11 U.S.C. §§ 105(a), 327(a), and 328(a).

4. All fees and expenses incurred by the Estate in connection with the Trustee's employment of Seyfarth are subject to application and approval by further order of this Court under 11 U.S.C. §§ 330 and 331.

Enter: *Jacqueline P. Cox*
J.P. Cox

Dated: 7-26-12                                              United States Bankruptcy Judge

**Prepared by:**
Christopher J. Harney (6296683)
SEYFARTH SHAW LLP

Rev: 20120501_bko

131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

Proposed Counsel to Chapter 7
  Trustee Gus A. Paloian

# EXHIBIT 2

**SEYFARTH SHAW LLP**
ATTORNEYS



**Christopher J. Harney**
*Associate*
Chicago
Direct: (312) 460-5246
Fax: (312) 460-7246
charney@seyfarth.com
vCard

## Biography

**Practices & Sectors**

Bankruptcy, Workouts & Business Reorganization

Debtor Representation

Commercial Litigation

Non-Bankruptcy Remedies

Distressed Transactions

Bankruptcy Litigation

Mr. Harney is a bankruptcy associate in the Chicago office of Seyfarth Shaw LLP. Mr. Harney concentrates his practice in areas of bankruptcy law and litigation, creditor rights, corporate reorganizations, pre-bankruptcy planning and negotiations, commercial and real estate litigation, and general commercial litigation. He has represented clients in both state and federal courts and his client representations include debtors, secured lenders, trade creditors, insurers, real property lessors, chapter 7 and chapter 11 bankruptcy trustees. He also has litigation experience in construction law, breach of contract matters, mortgage foreclosures, premises-liability, and intellectual property.

Mr. Harney serves as a co-chair for the Bankruptcy Committee of the Young Lawyers Section of the Chicago Bar Association. He is also an active board member of the Young Professionals Board of the Chicago Bar Foundation, the charitable arm of the Chicago Bar Association and one of the wrestling team representatives for the Graduate "Order of the C," an alumni association of the University of Chicago.

### Education

- J.D., University of Mississippi, *cum laude* (2008)
  Member, Moot Court Team and Moot Court Membership Committee
  Moss Scholarship Recipient, 2006-2007
  Semifinalist in State of Mississippi Appellate Advocacy Competition

- B.A., University of Chicago (2004)
  Chicago Police/Fire Full-Tuition Merit Scholarship, 2000-2004
  Dean's List, 2000-2003

### Admissions

- Illinois

### Courts

- U.S. District Courts for the Northern District of Illinois

### Affiliations

Chicago Bar Association

- Co-Chair, Young Lawyers Section Bankruptcy Committee (2011-present)

Chicago Bar Foundation

- Member, Young Professionals Board (2011-present)

University of Chicago's Order of the C

- Wrestling Team Representative

Copyright © 2013 Seyfarth Shaw LLP. Unless otherwise indicated, attorneys listed in this Web site are not certified by the Texas Board of Legal Specialization.

**SEYFARTH SHAW** LLP
ATTORNEYS

## Presentations

- Moderator, "What Every Bankruptcy Practitioner Should Know About Exceptions to Discharge (§ 523) and Denial of Discharge (§ 727) (June 2012)
- Co-presenter, "Practice Pointers in Preference Litigation," Chicago Bar Association (April 2011)
- Presenter, "Underwater Stock Options," Legal Seminar sponsored by the Illinois Paralegal Association, Chicago, IL (May 2009)

## Publications

- "Austin, Texas Paves the Way to Expansion of Green Building," *Green Space Today* (April 2009)

Copyright © 2013 Seyfarth Shaw LLP. Unless otherwise indicated, attorneys listed in this Web site are not certified by the Texas Board of Legal Specialization.

# EXHIBIT 3

## CASE ADMINISTRATION

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 07/26/12 | Review motion to retain Seyfarth in preparation of hearing (.20); review docket and schedules (.20); in court on hearing (.80); conference with J. Sowka discussing results (.10). | C. Harney | 1.30 | 409.50 |
| 08/13/12 | Follow up with C. Hayward regarding offer to purchase Audi A4. | A. Connor | 0.10 | 26.50 |
| 08/15/12 | Follow up with C. Hayward regarding offer to purchase Audi A4. | A. Connor | 0.10 | 26.50 |
| 03/05/13 | Confer with J. Olstein regarding case status. | J. McManus | .10 | 27.00 |
| 04/03/13 | Review/analyze claims (.80); confer with G. Paloian regarding claims review (.20). | J. McManus | 1.00 | 270.00 |
| | **TOTAL** | | **2.60** | **759.50** |

## SALE OF ASSETS

| Date | Description | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08/17/12 | Prepare sale motion (1.80); follow up with G. Paloian, C. Hayward regarding offer to purchase (.10). | A. Connor | 1.90 | 503.50 |
| 08/20/12 | Prepare sale motion. | A. Connor | 1.70 | 450.50 |
| 08/22/12 | Conference with G. Paloian regarding Soehlke Motion to Approve (.10); review G. Paloian's changes and edits (.10); edit motion (.50); review schedules (.20); conference with G. Paloian regarding same (.10); conferences with A. Shepro and A. Connor regarding same (.20); conference with opposing counsel regarding lien against audi listed on schedule and email regarding same (.10). | C. Harney | 1.30 | 409.50 |
| 08/29/12 | Finalize Motion to Sell for filing (.30); email correspondence with A. Connor regarding same (.10); edit proposed order (.30). | C. Harney | 0.70 | 220.50 |
| 08/29/12 | Prepare sale motion and exhibits for filing (.70); prepare proposed order (.10); effect filing (.10); arrange for service (.10). | A. Connor | 1.00 | 265.00 |
| 09/11/12 | Review docket, and Motion to Sell in preparation of hearing (.30); conference with J. McManus regarding same (.10); in court on hearing on Motion to Sell (.90); email correspondence to G. Paloian regarding results (.10). | C. Harney | 1.40 | 441.00 |
| | **TOTAL** | | **8.00** | **$2,290.00** |

**Total Fees** $3,805.50

| Task | Description | Hours | Value |
|---|---|---|---|
| A | Case Administration | 2.60 | $759.50 |
| C | Fee Applications | 2.80 | $756.00 |
| S | Sale of Assets | 8.00 | $2,290.00 |
| | | **13.40** | **$3,805.50** |

## DISBURSEMENTS

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 07/06/12 | Courier/Messenger Inv#: 795152462 Date Sent: 07/06/2012 Sender: Andrew Connor Airbill: 793761980959 JP Morgan Chase & Co. JP Morgan Chase Bank 1209 N ORANGE ST WILMINGTON, DE 19801 | 16.11 |
| | **Copying** | |
| 07/06/12 | Copying  (2 copies @ $0.10 per page) | 0.20 |
| 07/09/12 | Copying  (34 copies @ $0.10 per page) | 3.40 |
| 08/29/12 | Copying  (320 copies @ $0.10 per page) | 32.00 |

**Total Disbursements**                                                                                                         **$51.71**