# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 12-01854-JPC
§
THOMAS J SOEHLKE §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 7/18/2013 at 9:30 a.m., in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Gus A. Paloian
                                    (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-01854-JPC |
|---|---|---|
| | § | |
| THOMAS J SOEHLKE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $5,100.00
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $5,100.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,100.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| GUS A. PALOIAN, TEE, Trustee Fees | $1,260.00 | $0.00 | $1,255.76 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $3,805.50 | $0.00 | $3,792.70 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $51.71 | $0.00 | $51.54 |

Total to be paid for chapter 7 administrative expenses: $5,100.00
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,128.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Elizabeth Soehlke | $24,128.28 | $0.00 | $0.00 |

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $104,277.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nicor Gas | $162.87 | $0.00 | $0.00 |
| 2 | City of Chicago Department of Revenue | $61.00 | $0.00 | $0.00 |
| 3 | Equable Ascent Financial, LLC | $10,963.47 | $0.00 | $0.00 |
| 4 | American Express Centurion Bank | $25,243.53 | $0.00 | $0.00 |
| 5 | eCAST Settlement Corporation, assignee | $6,241.41 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee | $29,806.15 | $0.00 | $0.00 |
| 7 | Dell Financial Services, LLC | $3,441.92 | $0.00 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | $8,763.81 | $0.00 | $0.00 |
| 9 | Portfolio Recovery Associates, LLC | $16,850.06 | $0.00 | $0.00 |
| 10 | Portfolio Recovery Associates, LLC | $2,743.11 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
                         Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 12-01854-JPC
Thomas J Soehlke                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez               Page 1 of 3              Date Rcvd: Jun 14, 2013
                              Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2013.
```
db           +Thomas J Soehlke,    467 Homestead Rd.,    La Grange Park, IL 60526-2182
18682338      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18381363     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18381364     +Bayview Loan,    4425 Ponce De Leon,   Coral Gables, FL 33146-1837
18381365      City of Chicago,    Department of Revenue,    PO Box 88292,   Chicago, IL 60680-1292
18477372     +City of Chicago Department of Revenue,     c/o Arnold Scott Harris PC.,
               222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
19071010     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
19630865     +Dean Dussias,    19 N Green Street,   Chicago, IL 60607-2605
19346158     +Elizabeth Soehlke,    Alonzo H Zahour,    235 Remington Blvd Suite G1,    Bolingbrook, IL 60440-3686
18381366     +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
18381367      Illinois Department of Revenue,    C/O Bankruptcy Department,    100 West Randolph, Level 7 Rm 425,
               Chicago, IL 60601
18381369     +John Hancock,    101 Huntington Street,    Boston, MA 02199-7608
19630866     +Linda Olsen and Andrewa Yoblon,    218 Jefferson Suite 400,    Chicago, IL 60661-1306
19308866     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     (GE Money Bank)(JC Penney),
               POB 41067,    Norfolk VA 23541)
18381371     +Portfolio Recvry&Affil (Original Credito,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
19630867     +Robert Schmit,    11800 S 75th Avenue,    Palos Heights, IL 60463-1062
18765931      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18640490      E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2013 00:57:42     Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18381368     +E-mail/Text: cio.bncmail@irs.gov Jun 15 2013 00:49:15      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
18921680      E-mail/Text: ECF@SHERMETA.COM Jun 15 2013 00:55:21     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI  48308-0908
18447746     +E-mail/Text: bankrup@aglresources.com Jun 15 2013 00:51:24     Nicor Gas,    Po box 549,
               Aurora Il 60507-0549
18381370     +E-mail/Text: bankrup@aglresources.com Jun 15 2013 00:51:24     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18381372*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
19630868*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
19324236*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     c/o Bank of America,
               PO Box 41067,    Norfolk VA 23541)
19324237*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     c/o Hsbc Bank Nevada,
               PO Box 41067,    Norfolk VA 23541)
18765932*     eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                        TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: bchavez              Page 2 of 3              Date Rcvd: Jun 14, 2013
                               Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2013**                        **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Jun 14, 2013
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2013 at the address(es) listed below:
          Alonzo H Zahour   on behalf of Creditor Elizabeth A Soehlke ahzlawyer@aol.com
          Chad M. Hayward   on behalf of Debtor Thomas J Soehlke courtnotice@haywardlawoffices.com,
           cq@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
          Christopher J Harney   on behalf of Trustee Gus A Paloian charney@seyfarth.com,
           ctholen@seyfarth.com;chidocket@seyfarth.com
          Gus A Paloian   gpaloian@seyfarth.com,
           gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Timothy R Yueill   on behalf of Creditor   Bayview Loan Servicing, LLC timothyy@nevellaw.com
                                                                                                                                                                               TOTAL: 6