UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 12-01854-JPC
  §
THOMAS J SOEHLKE  §
  §
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $59,599.67 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $131,235.61 |
| Total Expenses of Administration: | $5,100.00 | | |

3) Total gross receipts of $5,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $387,741.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,205.71 | $5,117.21 | $5,100.00 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $24,128.28 | $24,128.28 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $49,043.00 | $104,277.33 | $104,277.33 | $0.00 |
| **Total Disbursements** | $436,784.00 | $133,611.32 | $133,522.82 | $5,100.00 |

4). This case was originally filed under chapter 13 on 01/19/2012. The case was converted to one under Chapter 7 on 04/06/2012. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2014            By:   /s/ Gus A. Paloian
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Liquidation of other personal property (u)- 2007 Audi - A4 - 40,500 miles | 1229-000 | $5,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,100.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici | 4110-000 | $380,403.00 | NA | $0.00 | $0.00 |
| | Central Credit Un Of I | 4110-000 | $7,338.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$387,741.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TEE, Trustee | 2100-000 | NA | $1,348.50 | $1,260.00 | $1,260.00 |
| FIRST AND FINAL FEES, Attorney for Trustee | 3110-000 | NA | $3,805.50 | $3,805.50 | $3,788.29 |
| FIRST AND FINAL EXPENSES, Attorney for Trustee | 3120-000 | NA | $51.71 | $51.71 | $51.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,205.71** | **$5,117.21** | **$5,100.00** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Elizabeth Soehlke | 5800-000 | NA | $24,128.28 | $24,128.28 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $24,128.28 | $24,128.28 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicor Gas | 7100-000 | $158.00 | $162.87 | $162.87 | $0.00 |
| 2 | City of Chicago Department of Revenue | 7100-000 | NA | $61.00 | $61.00 | $0.00 |
| 3 | Equable Ascent Financial, LLC | 7100-000 | NA | $10,963.47 | $10,963.47 | $0.00 |
| 4 | American Express Centurion Bank | 7100-000 | $25,243.00 | $25,243.53 | $25,243.53 | $0.00 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | NA | $6,241.41 | $6,241.41 | $0.00 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | NA | $29,806.15 | $29,806.15 | $0.00 |
| 7 | Dell Financial Services, LLC | 7100-000 | NA | $3,441.92 | $3,441.92 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $8,763.81 | $8,763.81 | $0.00 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $18,069.00 | $16,850.06 | $16,850.06 | $0.00 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | $2,743.00 | $2,743.11 | $2,743.11 | $0.00 |
| | Dean Dussias | 7100-000 | $0.00 | NA | NA | $0.00 |
| | HSBC Bank | 7100-000 | $145.00 | NA | NA | $0.00 |
| | Linda Olsen and Andrew Yoblon | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Robert Schmit | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Webbank/Dfs | 7100-000 | $2,685.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,043.00 | $104,277.33 | $104,277.33 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 12-01854-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SOEHLKE, THOMAS J | Date Filed (f) or Converted (c): | 04/06/2012 (c) |
| For the Period Ending: | 1/13/2014 | §341(a) Meeting Date: | 05/11/2012 |
| | | Claims Bar Date: | 09/11/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Home 740 N. Stone Avenue, La Grange, IL 60526 Foreclosure Process Commenced | $439,500.00 | $0.00 | | $0.00 | FA |
| 2  Cash: $200.00 | $200.00 | $0.00 | | $0.00 | FA |
| 3  Chase Savings Account | $300.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous Household Items | $500.00 | $0.00 | | $0.00 | FA |
| 5  Clothing | $250.00 | $0.00 | | $0.00 | FA |
| 6  Life Insurance - Prudential - Beneficiary Gene Carrara | $400,000.00 | $400,000.00 | | $0.00 | FA |
| 7  401(k) | $37,449.67 | $0.00 | | $0.00 | FA |
| 8  Liquidation of other personal property (u)- 2007 Audi - A4 - 40,500 miles | $11,000.00 | $5,100.00 | | $5,100.00 | FA |

**TOTALS (Excluding unknown value)**

| | $889,199.67 | $405,100.00 | | $5,100.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
Final Report was filed on June 13, 2013. Funds were distributed on July 18, 2013. Waiting for zero bank balance statement.

| **Initial Projected Date Of Final Report (TFR):** | 07/31/2013 | **Current Projected Date Of Final Report (TFR):** | 07/31/2013 | /s/ GUS A. PALOIAN |
|---|---|---|---|---|
| | | | | GUS A. PALOIAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-01854-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SOEHLKE, THOMAS J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8953 | Checking Acct #: | ******0204 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2012 | (8) | THOMAS J. SOEHLKE | PROCEEDS FROM SALE OF VEHICLE(AUDI A4) | 1229-000 | $5,100.00 | | $5,100.00 |
| 07/18/2013 | 1001 | GUS A. PALOIAN, TEE | PAYMENT OF FIRST AND FINAL TRUSTEE FEES PURSUANT TO COURT ORDER ENTERED 7/18/13 | 2100-000 | | $1,260.00 | $3,840.00 |
| 07/18/2013 | 1002 | SEYFARTH SHAW LLP | PAYMENT OF FIRST AND FINAL SEYFARTH FEES AND EXPENSES PURSUANT TO COURT ORDER DATED 7/18/13 | * | | $3,840.00 | $0.00 |
| | | | FIRST AND FINAL FEES  $(3,788.29) | 3110-000 | | | $0.00 |
| | | | FIRST AND FINAL EXPENSES  $(51.71) | 3120-000 | | | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $5,100.00 | $5,100.00  $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| Subtotal | $5,100.00 | $5,100.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $5,100.00 | $5,100.00 |

| For the period of 1/19/2012 to 1/13/2014 | | For the entire history of the account between 10/22/2012 to 1/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,100.00 | Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 | Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,100.00 | Total Compensable Disbursements: | $5,100.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,100.00 | Total Comp/Non Comp Disbursements: | $5,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit 9

| Case No. | 12-01854-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SOEHLKE, THOMAS J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8953 | Checking Acct #: | ******0204 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,100.00 | $5,100.00 | $0.00 |

**For the period of 1/19/2012 to 1/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/06/2012 to 1/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |